UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NATALIO BARCO RIVERA,

        Petitioner,               Case No. 1:25-cv-1454

v.                                     Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

        Respondent.
_____/

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

Petitioner names as Respondents Field Office Director of the Detroit Field Office of ICE Kevin Raycraft, Acting Director of ICE Todd Lyons, United States Secretary of Homeland Security Kristi Noem, and Superintendent of North Lake Correctional Facility Rubicela Hernandez Franco. Petitioner asks the Court for the following relief: to assume jurisdiction over this matter; to issue an order to show cause ordering Respondents to show cause why this Petition should not be granted within three days; to order that the Defendants be enjoined from removing Petitioner from the State of Michigan; to declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment as well as the relevant statute and regulations governing detention of noncitizens; issue a writ of habeas corpus ordering Respondents to release the Petitioner

immediately; and to award attorneys' fees and costs for this action. (Pet., ECF No. 1, PageID.8–9.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

3. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

4. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:   November 21, 2025                    /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge